UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| BRENITAZE MOORE, #960770, )<br>　　　　　　Plaintiff, )<br> )<br>-v- )<br> )<br>CATHERINE BAUMAN, )<br>　　　　　　Defendant. )<br> ) | No. 2:17-cv-4<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 17), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 31, 2020                                          /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge